# EXHIBIT A

Certificate of Registration TX-0002-6726-44



# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 2 672 644**

TX    TXU

EFFECTIVE DATE OF REGISTRATION

9 / 21 / 89

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Winning Isn't Normal

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Keith Frank Bell

DATES OF BIRTH AND DEATH
Year Born ▼ 1948   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ U.S.A.
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire Text

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1981 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month February  Day 3  Year 1982
United States of America

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Dr. Keith Bell
3101 Mistyglen Circle          1598 Winford Ave.
Austin, Texas 78746            Ventura, CA 93004

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

# EXHIBIT B

Copyright Cert. TX-8-503-571

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-503-571**

**Effective Date of Registration:**
November 06, 2017

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
| | |
|---|---|
| **Title of Work:** | Winning Isn't Normal |
| **Title of Larger Work:** | Winning Isn't Normal |

### Completion/Publication
| | |
|---|---|
| **Year of Completion:** | 2010 |
| **Date of 1st Publication:** | July 18, 2010 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 0-945609-96-5 |

### Author
| | |
|---|---|
| **Author:** | Keith Frank Bell |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1948 |

### Copyright Claimant
| | |
|---|---|
| **Copyright Claimant:** | Keith Frank Bell |
| | 3101 Mistyglen Circle, Austin, TX, 78746, United States |

### Limitation of copyright claim
| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX 2 672 644, 1989 |
| **New material included in claim:** | text |

### Rights and Permissions

Page 1 of 2

**Name:** Keith Frank Bell
**Email:** drkeithbell@gmail.com
**Telephone:** (512)327-2260
**Address:** 3101 Mistyglen Circle
Austin, TX 78746 United States

## Certification

**Name:** Keith F. Bell
**Date:** November 06, 2017

# EXHIBIT C

*Winning Isn't Normal*, pg. 8, the "WIN Passage"

think you are one of those special people who win national championships and break world records?

Well, guess what? No one is special! The people who win are not special people. There is nothing special about the people who break world records. They are not special people — they do special things! They are just people who do special things. You can too! And you have to do special things, if you want to win.

# Winning Isn't Normal

Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It's highly unusual.

Every race only has one winner. No matter how many people are entered (not to mention all those who tried and failed to make cuts), only one person (or one relay) wins each event.

Winning is unusual. As such, it requires unusual action.

In order to win, you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. (Now, take note! Wanting it more is a decision you make and act upon — not some inherent quality or burning inner drive or inspiration!) And you have to make that value a priority.

You can't train like everyone else. You have to train more and train better.

You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in." You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness . . . because *winning isn't normal!!*

8

# EXHIBIT D

WINNING ISN'T NORMAL (Reg. No. 4630749, issued November 4, 2014)

# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sun Dec 4 03:32:41 EST 2016

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# WINNING ISN'T NORMAL

| | |
|---|---|
| **Word Mark** | WINNING ISN'T NORMAL |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter, namely, non-fiction publications, namely, books, booklets, pamphlets, articles, manuals and posters in the field of sports, fitness, and competitive performance and psychology. FIRST USE: 19780923. FIRST USE IN COMMERCE: 19821231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85947685 |
| **Filing Date** | May 31, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 27, 2014 |
| **Registration Number** | 4630749 |
| **Registration Date** | November 4, 2014 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Bell, Keith Frank INDIVIDUAL UNITED STATES 3101 Mistyglen Circle Austin TEXAS 78746 |
| **Attorney of Record** | Jeff A. McDaniel |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

# EXHIBIT D

CTHS Softball's use of the WIN Passage
(December 9, 2017)

Case 4:20-cv-01157-P Document 41 Filed 10/22/20 Page 261 of 338 PageID 269

Case 4:20-cv-01157-P Document 41 Filed 10/22/20 Page 272 of 338 PageID 250

 Home    Moments                                       Search Twitter                            Have an account? Log in



| Tweets | Following | Followers | Likes |
|---|---|---|---|
| **610** | 219 | 393 | 84 |

Follow

# CTHS Softball
@CTHSSoftball

emsisd.com/Page/468

📍 http://www.emsisd.com/Page/468

🔗 emsisd.com/Page/468

📅 Joined May 2012

🖼️ **91 Photos and videos**

  
  

**Tweets**   **Tweets & replies**   **Media**

🔁 CTHS Softball Retweeted

 **EMS ISD Athletics** @emsisdathletics · Dec 11
Congratulations AOW winners @CTHS_Wrestling Trinity Portales & Andrew Maldonado!
chisholmtrail.sidhelp.com



💬    🔁 9    ♡ 30

 **CTHS Softball** @CTHSSoftball · Dec 9

## WINNING ISN'T NORMAL

"Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It is highly unusual.

Every competition only has one winner. No matter how many people are entered, only one person or one team wins each event.

Winning is unusual. And as such, <u>it requires unusual action.</u>

In order to win, you must do extraordinary things. <u>You can't just be one of the crowd.</u> The crowd doesn't win. <u>You have to be willing to stand out and act differently.</u>

Your actions need to reflect unusual values and priorities. <u>You have to value success more than others do.</u> You have to want it more. Now take note! **Wanting it more is a decision you make and act upon** — not some

inherent quality or burning inner drive or inspiration! And you have to make that value a priority.

<u>You can't train like everyone else. You have to train more and train better.</u>

You can't talk like everyone else. You can't think like everyone else. <u>You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in."</u> You need to be willing to stand out in the crowd and consistently take exceptional action. <u>If you want to win, you need to accept the risks and perhaps the loneliness</u>... **BECAUSE**

💬   🔁 8   ♡ 12

🔁 **CTHS Softball Retweeted**


**Jon Gordon** ✓ @JonGordon11 · Dec 6
Not everyone is going to share your vision. Not everyone is going to believe what you believe. That's okay. Your positive energy must be greater than their negativity. No Energy Vampires allowed!



💬 12   🔁 531   ♡ 1.1K

---

**Promoted Tweet**


**Uptown Cheapskate** @UptownAustin · 23h
Look spiffy on chilly #winter days with a #fresh #sweaterweather outfit. Grab #layers in a variety of styles great for a walk outdoors or #NewYearsEve, #NewYearsDay or #ValentinesDay activities.

#ShopEarlyShopOften #atx #vintage #fallfashion #2017trends #atxfashion #thrifty



# EXHIBIT E

CTHS Color Guard's use of the WIN Passage (December 9, 2017)



💬  ⟲ 16   ♡ 54

⟲ **CTHS Color Guard Retweeted**

**Ranger Regiment** @RangerRegiment · 11 Dec 2017

REGIMENT ALL-AREA band students: Gianna Jasso, Ben Simmons, Elijah George, Justin Torres, Logan Miertschin, Isaiah DeDios, Conan White, and Bailey



  **CTHS Color Guard**
@CTHSColorGuard

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| **835** | 158 | 535 | 680 |

Home   Moments   Search Twitter   Have an account? Log in

Follow

💬  ⟲ 14   ♡ 51

⟲ **CTHS Color Guard Retweeted**

**CTHS Softball** @CTHSSoftball · 9 Dec 2017

# WINNING ISN'T NORMAL

"Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It is highly unusual.

Every competition only has one winner. No matter how many people are entered, only one person or one team wins each event.

Winning is unusual. And as such, it requires unusual action.

> In order to win, you must do extraordinary things. <u>You can't just be one of the crowd</u>. The crowd doesn't win. <u>You have to be willing to stand out and act differently</u>.
>
> Your actions need to reflect unusual values and priorities. <u>You have to value success more than others do</u>. You have to want it more. Now take note! **Wanting it more is a decision you make and act upon** — not some inherent quality or burning inner drive or inspiration! And you have to make that value a priority.
>
> <u>You can't train like everyone else. You have to train more and train better</u>.
>
> You can't talk like everyone else. You can't think like everyone else. <u>You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in."</u> You need to be willing to stand out in the crowd and consistently take exceptional action. <u>If you want to win, you need to accept the risks and perhaps the loneliness</u>... **BECAUSE**

💬   ♺ 8   ♡ 12

♺ CTHS Color Guard Retweeted

**Ranger Regiment** @RangerRegiment · 9 Dec 2017
29 REGIMENT members make the ALL-REGION BAND! 6 FIRST CHAIR players! 8 ALL-AREA players!! CONGRATULATIONS to ALL!!!

💬 1   ♺ 18   ♡ 80

**CTHS Color Guard** @CTHSColorGuard · 9 Dec 2017
2018 CT cast!
Siham
Emily
Natalie
Jada
Stephanie
Nadia
Lucas
Jackie
Giselle
Cielo
Kaylnn
Sam
Brianna
Madison V
Ashlynn
Kylie
Wash
Madison W

💬 1   ♺ 8   ♡ 18

♺ CTHS Color Guard Retweeted

**Ranger Regiment** @RangerRegiment · 28 Nov 2017
We still need 11 more parent helpers for tonight's audition. Can you help? If so, contact Mrs. Stephens at hstephens @ems-isd.net PLEASE HELP!

💬   ♺ 5   ♡ 4

**CTHS Color Guard** @CTHSColorGuard · 27 Nov 2017
Color Guard!!! This is today!!!! Can't wait to see you!



♥ 5 　｜　⟲ 3

**TWEETCS**　　LOG-IN WITH TWITTER　｜　BEST FRIEND FINDER

# CTHS SOFTBALL

TWITTER FOR ANDROID :

**DECEMBER 11, 2017**

@CTHSSOFTBALL 

Case 4:20-cv-01157-P Document 41 Filed 10/22/20 Page 38 of 138 PageID 336

## WINNING ISN'T NORMAL

"Winning isn't normal. That doesn't mean there's anything wrong with winning. It just isn't the norm. It is highly unusual.

Every competition only has one winner. No matter how many people are entered, only one person or one team wins each event.

Winning is unusual. And as such, it requires unusual action.

In order to win, you must do extraordinary things. You can't just be one of the crowd. The crowd doesn't win. You have to be willing to stand out and act differently.

Your actions need to reflect unusual values and priorities. You have to value success more than others do. You have to want it more. Now take note! **Wanting it more is a decision you make and act upon** — not some inherent quality or burning inner drive or inspiration! And you have to make that value a priority.

You can't train like everyone else. You have to train more and train better.

You can't talk like everyone else. You can't think like everyone else. You can't be too willing to join the crowd, to do what is expected, to act in a socially accepted manner, to do what's "in." You need to be willing to stand out in the crowd and consistently take exceptional action. If you want to win, you need to accept the risks and perhaps the loneliness... **BECAUSE WINNING ISN'T NORMAL !"**

- Dr. Keith Bell

♥ 12    ↻ 8