UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEITH BELL, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-1157-P |
| | § | |
| EAGLE MOUNTAIN-SAGINAW | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
|    Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

On this day came to be considered Defendant Eagle Mountain-Saginaw Independent School District's Motion to Dismiss. The Court, upon consideration of the motion, is of the opinion that Defendant's Motion is meritorious.

It is therefore ORDERED that Defendant Eagle Mountain-Saginaw Independent School District's Motion to Dismiss should be, and it hereby is, GRANTED. All claims by Plaintiff against Defendant Eagle Mountain-Saginaw Independent School District are hereby DISMISSED WITH PREJUDICE.

SIGNED this _____ day of _____, 2021.

_____
HONORABLE JUDGE PRESIDING