UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEITH BELL, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-1157-P |
| | § | |
| EAGLE MOUNTAIN-SAGINAW | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
|     Defendant. | § | |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Federal Rule of Civil Procedure 7.1, and the Court's Order for Conference and Disclosure of Interested Parties, Defendant Eagle-Mountain Saginaw Independent School provides the following information: A complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of the case.

1. Keith Bell, Plaintiff
   c/o Warren Norred
   Norred Law, PLLC
   515 East Border Street
   Arlington, Texas  76010
   Phone: 817.704.3984
   Fax: 817.524.6686
   Email: wnorred@norredlaw.com

2. Attorneys for Plaintiff:
   Warren Norred
   Norred Law, PLLC
   515 East Border Street
   Arlington, Texas  76010
   Phone: 817.704.3984
   Fax: 817.524.6686
   Email: wnorred@norredlaw.com

3. Eagle Mountain-Saginaw Independent School District, Defendant by and through its attorneys:

Kelley L. Kalchthaler
Walsh Gallegos Treviño Russo & Kyle, P.C.
505 E. Huntland Drive, Suite 600
Austin, Texas 78752
Phone: (512) 454-6864
Fax: (512) 467-9318
Email: kkalchthaler@wabsa.com

Meredith Prykryl Walker
Walsh Gallegos Treviño Russo & Kyle, P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
Phone: (214) 574-8800
Fax: (214) 574-8801
Email: mwalker@wabsa.com

Respectfully submitted,

*/s/ Kelley L. Kalchthaler*
KELLEY L. KALCHTHALER
State Bar No. 24074509
WALSH GALLEGOS TREVIÑO
  RUSSO & KYLE P.C.
505 E. Huntland Drive, Suite 600
Austin, Texas 78752
(512) 454-6864 phone
(512) 467-9318 fax
kkalchthaler@wabsa.com

MEREDITH PRYKRYL WALKER
State Bar No. 24056487
WALSH GALLEGOS TREVIÑO
  RUSSO & KYLE P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
(214) 574-8800 phone
(214) 574-8801 fax
mwalker@wabsa.com

***ATTORNEYS FOR DEFENDANT EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT***

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2021, a true and correct copy of the above and foregoing document was served upon all counsel of record as follows:

| | |
|---|---|
| Warren V. Norred<br>NORRED LAW, PLLC<br>515 E. Border Street<br>Arlington, Texas 76010 | *Via Electronic Case Filing* |

*/s/ Kelley L. Kalchthaler*
KELLEY L. KALCHTHALER