UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KEITH BELL, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-cv-1157-P |
| | § | |
| EAGLE MOUNTAIN-SAGINAW | § | |
| INDEPENDENT SCHOOL DISTRICT, | § | |
|     Defendant. | § | |

## **ORDER**

On this day came to be considered the parties' Joint Motion to Seek Leave of Court to Conduct Meeting By Videoconference, or in the Alternative, to Extend the Deadline to Confer and File Rule 26(f) Report. The Court, upon consideration of the motion, is of the opinion that Defendant's Motion is meritorious.

It is therefore ORDERED that: *(select one)*

\_\_\_\_\_ The parties may meet via videoconference in lieu of an in-person meeting for purposes of the Rule 26(f) conference. This Court's Order (Dkt #40) is hereby modified as such. The parties' deadlines to hold the conference is also hereby extended to Friday, March 5, 2021. The deadline to file a Joint Report is hereby extended to Friday, March 12, 2021.

\_\_\_\_\_ The parties are required to meet in person for purposes of the Rule 26(f) conference, and due to inclement weather, the deadline in the Court's Order (Dkt #40) to hold an in-person conference is hereby extended to Friday, March 5, 2021. The deadline to file a Joint Report is hereby extended to Friday, March 12, 2021.


SIGNED this _____ day of _____, 2021.


_____
HONORABLE JUDGE PRESIDING