IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DR. KEITH BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-001157-P |
| | § | |
| EAGLE MOUNTAIN SAGINAW INDEPENDENT SCHOOL DISTRICT, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Parties' Joint Motion for Leave of Court to Conduct Meeting by Videoconference. ECF No. 16. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED.** The parties shall meet and confer in accordance with the Court's Order, ECF No. 14, via videoconference **on or before February 24, 2021.** The Joint Report shall be filed **on or before March 3, 2021.**

**SO ORDERED** on this **17th day** of **February, 2021.**

*Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE