UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEITH BELL,<br>    Plaintiff,<br><br>v.<br><br>EAGLE MOUNTAIN SAGINAW<br>INDEPENDENT SCHOOL DISTRICT<br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:20-cv-1157-P<br>§<br>§<br>§ |

## ORDER GRANTING DEFENDANT EAGLE MOUNTAIN-SAGINAW INDEPENDENT SCHOOL DISTRICT'S MOTION FOR ATTORNEYS' FEES

On this day came to be considered Defendant Eagle Mountain-Saginaw Independent School District's Motion for Attorneys' Fees. The Court, upon consideration of the motion and response/reply, is of the opinion that Defendant's Motion is meritorious.

It is therefore ORDERED that Defendant Eagle Mountain-Saginaw Independent School District's Motion for Attorneys' Fees should be, and it hereby is, GRANTED.

It is further ORDERED that Plaintiff Dr. Keith Bell must pay Defendant Eagle Mountain-Saginaw Independent School $_____ in attorneys' fees.

SIGNED this _____ day of _____, 2021.

_____
U.S. DISTRICT JUDGE MARK PITTMAN