UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KEITH BELL, §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>EAGLE MOUNTAIN SAGINAW §<br>INDEPENDENT SCHOOL DISTRICT §<br>    Defendant. § | CIVIL ACTION NO. 4:20-cv-1157-P |

# APPENDIX

### DECLARATION OF KELLEY L. KALCHTHALER

1.    My name is Kelley L. Kalchthaler. I am over 18 years of age. I am of sound mind, capable of making this Declaration, and fully competent to testify to the matters stated in this Declaration. I have personal knowledge over each of the matters stated in this Declaration, and each of the matters stated in this Declaration is true and correct.

2.    I am an attorney licensed to practice law in the state of Texas. I am a Shareholder in the law firm of Walsh Gallegos Treviño Kyle & Robinson P.C. in Austin, Texas. I represent Defendant Eagle Mountain-Saginaw Independent School District ("EMSISD" or "District") as its attorney of record in the above-captioned litigation.

3.    My background, training, and experience qualify me to testify to the reasonableness and necessity of the fees and costs in this case, as well as whether equity and justice would be served by an award of fees and costs to the District. I have been a full-time practicing attorney for over ten (10) years. I am a graduate of the University of Texas School of Law, and I have practiced in Texas for my entire career. I have defended school districts and private entities throughout Texas. I was licensed to practice law by the state of Texas in November 2010, and have maintained

1

my license since that time. I am admitted to practice before the Fifth Circuit and before the Northern, Southern, Eastern, and Western Districts of Texas.

4. As part of my practice, I have defended copyright claims and other civil rights matters throughout my career. For the entire 10 years of my career, my practice has focused almost exclusively on the representation of public school districts. My practice includes representing school districts and their employees at trial and on appeal in both state and federal court.

5. My co-counsel, Ms. Meredith Prykyrl Walker, is also a full-time practicing attorney and has been so for over 14 years. She is a graduate of Southern Methodist University Dedman School of Law, and she has practiced in Texas for her entire legal career. She has likewise defended school districts and private entities throughout Texas. She was licensed to practice law by the state of Texas on November 3, 2006, and has maintained her license since that time. She is admitted to practice before the United States Supreme Court, Fifth Circuit, Northern, Southern, Eastern, and Western Districts of Texas. Ms. Walker practices in Walsh Gallegos' Irving office.

6. As part of her practice, Ms. Walker has represented clients in copyright claims and other civil rights matters throughout her career. For the past ten (10) years of her career, her practice has focused almost exclusively on the representation of public school districts in litigation, although she has been representing public school districts since 2008. Her practice includes representing school districts and their employees at trial and on appeal in both state and federal court. Prior to focusing exclusively on the representation of school districts, she handled general litigation matters involving professional liability. Prior to joining Walsh Gallegos, she worked as an associate attorney for Henslee Schwartz LLP and Fisher Phillips LLP.

7. I make this Declaration from personal knowledge and the attorney fee bills attached to this Declaration. I submit this Declaration in support of EMSISD's request for attorneys' fees

in this matter in accordance with 17 U.S.C. §505 and as ordered by the Court in Docket Entry ("DE") 19. We both maintained time entries directly electronically, and all entries were made contemporaneously through an electronic system.

8. In this matter, Walsh Gallegos charged either $225 per hour per $205 per hour for attorney/shareholders working on this lawsuit. Walsh Gallegos also charged $95 for paralegal services provided by Ms. Lucy Skiles and Ms. Evelyn Garnett. The fees charged to EMSISD are those customarily charged in this area for the same or similar services by an attorney with the experience, reputation, and ability of the attorneys with Walsh Gallegos retained by the District, considering the nature of the controversy, the time limits imposed, the results obtained compared with results in similar cases, and the nature and length of my relationship with Eagle Mountain-Saginaw Independent School District. The rates for these fees are reasonable for the services performed, and are in line with the State of Texas Department of Research & Analysis 2015 Hourly Fact Sheet, available at https://www.texasbar.com/AM/Template.cfm?Section=demographic_and_economic_trends&Template=/CM/ContentDisplay.cfm&ContentID=34182.

9. I am also familiar with the experience, reputation, and abilities of my co-counsel, Ms. Walker. A summary of her background and experience is above, and I am familiar with how Ms. Walker keeps time. Specifically, she keeps her time contemporaneously in electronic copy and then transfers it to the firm's electronic system. All services performed for EMSISD in connection with the lawsuit were reasonable and necessary to provide a defense to the allegations brought by Plaintiff. I declare under penalty of perjury that the foregoing is true and correct."

Signed on this 2nd day of April, 2021

KELLEY L. KALCHTHALER



P.O. Box 2156  Austin, Texas 78768  (512)454-6864  Fax (512)467-9318
Federal Tax ID No.: 74-2279224

Edwards Risk Management Fund
1004 Marble Heights Drive
Marble Falls, Texas 78654
**Attention: Larry Harper, Property & Casualty Director**

December 02, 2020
Client:           07570
Matter:           000129
Invoice #:        600331

Page:                  1

RE:  Keith F. Bell v. Eagle Mountain Saginaw ISD (Fed.)
     Edwards Claim No. 220918-13901
     Insured: Eagle Mt. - Saginaw ISD
     Claimant: Keith F. Bell

For Professional Services Rendered Through November 15, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2020 | KLK | Telephone conference with PCAT Claims Representative, ▮▮▮▮, regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.3 | $225.00 | $67.50 |
| 11/5/2020 | KLK | Review and analyze pleadings in lawsuit and consider ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 0.4 | $225.00 | $90.00 |
| 11/5/2020 | KLK | Prepare e-mail to Chief Financial Officer, ▮▮▮▮, regarding ▮▮▮▮▮▮▮. | 0.2 | $225.00 | $45.00 |
| 11/5/2020 | KLK | Telephone conference with D. Micknal with law firm of Leasor Crass, P.C. regarding underlying case file and relevant factual background history. | 0.2 | $225.00 | $45.00 |
| 11/6/2020 | KLK | Revise and edit draft of ▮▮▮▮▮▮▮▮▮▮▮. | 0.7 | $225.00 | $157.50 |
| 11/10/2020 | KLK | Telephone conference with PCAT Claims Representative, ▮▮▮▮ regarding ▮▮▮▮. | 0.1 | $225.00 | $22.50 |
| 11/11/2020 | KLK | Prepare e-mail to Opposing Counsel regarding waiver of service. | 0.1 | $225.00 | $22.50 |
| 11/11/2020 | KLK | Prepare follow-up e-mail to Chief Financial Officer and PCAT Claims Representative, ▮▮▮▮, regarding ▮▮▮▮▮▮▮. | 0.1 | $225.00 | $22.50 |

4

December 2020
Client:     07570
Matter:     000129
Invoice #:  600331

Page:       2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|------|--------|-------------------------|-------|------|--------|
|      |        | Total Professional Services | 2.1 |      | $472.50 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|--------|--|-------|-------|------|--------|
| KLK | Kelley Kalchthaler | SHAREHOLDER | 2.1 | $225.00 | $472.50 |

| | | |
|--|--|--|
| Total Services | $472.50 | |
| Total Current Charges | | $472.50 |
| **PAY THIS AMOUNT** | | **$472.50** |

PAYMENT DUE UPON RECEIPT

Please note that as of April 1, 2021, our name has changed as listed below; by separate email, you will receive an updated W-9.

Please reference the invoice number with your payment and make checks payable to:

### Walsh Gallegos Treviño Kyle & Robinson P.C.

Please contact the Billing Department at (512) 454-6864 if you have any questions regarding your statement.



P.O. Box 2156  Austin, Texas 78768  (512)454-6864  Fax (512)467-9318
Federal Tax ID No.: 74-2279224

| | |
|---|---|
| Edwards Risk Management Fund<br>1004 Marble Heights Drive<br>Marble Falls, Texas 78654<br>**Attention:  Larry Harper, Property & Casualty Director** | January 02, 2021<br>Client:              07570<br>Matter:          000129<br>Invoice #:      602006<br><br>Page:                    1 |

RE:  Keith F. Bell v. Eagle Mountain Saginaw ISD (Fed.)
     Edwards Claim No. 220918-13901
     Insured:  Eagle Mt. - Saginaw ISD
     Claimant: Keith F. Bell

For Professional Services Rendered Through December 15, 2020

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/16/2020 | KLK | Revise and finalize ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.3 | $225.00 | $67.50 |
| 11/16/2020 | KLK | Revise, edit and finalize ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.6 | $225.00 | $135.00 |
| 11/23/2020 | KLK | Exchange e-mail with Opposing Counsel, W. Norred, regarding waiver of service. | 0.2 | $225.00 | $45.00 |
| 11/23/2020 | KLK | Prepare, revise and finalize ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.6 | $225.00 | $135.00 |
| 12/3/2020 | KLK | Videoconference with Superintendent and Chief Financial Officer regarding ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.7 | $225.00 | $157.50 |
| 12/3/2020 | KLK | Follow-up with e-mail correspondence and text message regarding ▮▮▮▮▮▮ to Interim Superintendent and Chief Financial Officer regarding ▮▮▮. | 0.2 | $225.00 | $45.00 |
| 12/3/2020 | KLK | Exchange e-mails with Director of Communications, ▮▮▮▮▮▮, regarding ▮▮▮▮▮▮▮▮ | 0.2 | $225.00 | $45.00 |

6

January 02, 2021
Client:     07570
Matter:     000129
Invoice #:  602006

Page:       2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/7/2020 | KLK | Review and finalize Waiver of Service of Summons and ensure proper transmittal of same. | 0.2 | $225.00 | $45.00 |
| 12/8/2020 | KLK | Review of additional cases filed by Claimant K. Bell to evaluate case. | 0.4 | $225.00 | $90.00 |
| 12/8/2020 | KLK | Videoconference with Director of Communications, ▇▇▇▇▇, regarding ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. | 0.8 | $225.00 | $180.00 |
| 12/10/2020 | KLK | Prepare, revise, and edit executive summary to Board regarding ▇▇▇▇▇▇▇▇▇▇▇▇. | 0.7 | $225.00 | $157.50 |
| | | **Total Professional Services** | 4.9 | | $1,102.50 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KLK | Kelley Kalchthaler | SHAREHOLDER | 4.9 | $225.00 | $1,102.50 |

| | |
|---|---|
| Total Services | $1,102.50 |
| Total Current Charges | $1,102.50 |
| Previous Balance | $472.50 |
| *Payments received* | ($472.50) |
| **PAY THIS AMOUNT** | **$1,102.50** |

PAYMENT DUE UPON RECEIPT

Please note that as of April 1, 2021, our name has changed as listed below; by separate email, you will receive an updated W-9.

Please reference the invoice number with your payment and make checks payable to:

**Walsh Gallegos Treviño Kyle & Robinson P.C.**

Please contact the Billing Department at (512) 454-6864 if you have any questions regarding your statement.



P.O. Box 2156  Austin, Texas 78768  (512)454-6864  Fax (512)467-9318
Federal Tax ID No.: 74-2279224

Edwards Risk Management Fund  
1004 Marble Heights Drive  
Marble Falls, Texas 78654  
**Attention: Larry Harper, Property & Casualty Director**

February 02, 2021  
Client:     07570  
Matter:     000129  
Invoice #:  602248  

Page:           1

RE: Keith F. Bell v. Eagle Mountain Saginaw ISD (Fed.)  
    Edwards Claim No. 220918-13901  
    Insured: Eagle Mt. - Saginaw ISD  
    Claimant: Keith F. Bell

For Professional Services Rendered Through January 15, 2021

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 12/18/2020 | KLK | Review and analyze Northern District of Zyas' Local rules regarding motions to ensure compliance with same for dispositive motions. | 0.2 | $205.00 | $41.00 |
| 12/18/2020 | KLK | Initiate preparation of draft of Defendant's Motion to Dismiss under Rule 12(b)(1) and (b)(6) and Brief in Support. | 0.5 | $205.00 | $102.50 |
| 1/1/2021 | KLK | Continue to prepare Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12, including review of case law related to same. | 3.2 | $205.00 | $656.00 |
| 1/7/2021 | KLK | Continue to prepare Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12, including additional case law related to de minims and innocent infringement defenses. | 1.3 | $205.00 | $266.50 |
| 1/8/2021 | KLK | Review and analyze case law and rules related to declaratory judgment action in context of copyright claims. | 1.9 | $205.00 | $389.50 |
| 1/8/2021 | KLK | Revise, edit and finalize Defendant's Brief in Support of its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12. | 3.1 | $205.00 | $635.50 |
| 1/8/2021 | KLK | Revise, edit, and finalize Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12. | 1.2 | $205.00 | $246.00 |

February 02, 2021
Client:        07570
Matter:        000129
Invoice #:     602248

Page:          2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/8/2021 | KLK | Prepare, revise, and edit Defendant's Answers subject to its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12. | 3.5 | $205.00 | $717.50 |
| 1/8/2021 | KLK | Prepare proposed order granting Defendant's Motion to Dismiss. | 0.1 | $205.00 | $20.50 |
| 1/8/2021 | KLK | Prepare, revise, and edit court-mandated Certificate of Interested Parties, including review of underlying files to prepare same. | 0.6 | $205.00 | $123.00 |
| 1/12/2021 | KLK | Prepare detailed e-mail to Superintendent regarding ■■■■■■■■■■■■■■■■■■■ | 0.5 | $205.00 | $102.50 |
| 1/13/2021 | KLK | Exchange e-mail with Superintendent regarding ■■■■■■■■ | 0.2 | $205.00 | $41.00 |
| 1/13/2021 | KLK | Receive and review e-mails from Director of Communications, ■■■■■■, follow-up with e-mail regarding ■■■■■■■■■■■. | 0.2 | $205.00 | $41.00 |
| 1/13/2021 | LPS | Review and organize District documents and save to electronic file. | 0.5 | $95.00 | $47.50 |
| | | Total Professional Services | 17.0 | | $3,430.00 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KLK | Kelley Kalchthaler | SHAREHOLDER | 16.5 | $205.00 | $3,382.50 |
| LPS | Lucy P. Skiles | PARALEGAL | 0.5 | $95.00 | $47.50 |

|  |  |
|---|---|
| Total Services | $3,430.00 |
| Total Current Charges | $3,430.00 |
| Previous Balance | $1,102.50 |
| *Payments received* | *($1,102.50)* |
| **PAY THIS AMOUNT** | **$3,430.00** |

February 12, 2021
Client:      07570
Matter:     000129
Invoice #:   602248

Page:            3

**PAYMENT DUE UPON RECEIPT**

Please note that as of April 1, 2021, our name has changed as listed below; by separate email, you will receive an updated W-9.

Please reference the invoice number with your payment and make checks payable to:

**Walsh Gallegos Treviño Kyle & Robinson P.C.**

Please contact the Billing Department at (512) 454-6864 if you have any questions regarding your statement.



P.O. Box 2156  Austin, Texas 78768  (512)454-6864  Fax (512)467-9318
Federal Tax ID No.: 74-2279224

|  |  |
|---|---|
| Edwards Risk Management Fund | March 02, 2021 |
| 1004 Marble Heights Drive | Client: 07570 |
| Marble Falls, Texas 78654 | Matter: 000129 |
| **Attention: Larry Harper, Property & Casualty Director** | Invoice #: 605239 |
|  | Page: 1 |

RE: Keith F. Bell v. Eagle Mountain Saginaw ISD (Fed.)
   Edwards Claim No. 220918-13901
   Insured: Eagle Mt. - Saginaw ISD
   Claimant: Keith F. Bell

For Professional Services Rendered Through February 15, 2021

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/29/2021 | KLK | Review incorrect notice from Court regarding unfiling for lack of local counsel and consider next steps to correct Court's mistake. | 0.4 | $225.00 | $90.00 |
| 1/29/2021 | KLK | Prepare notice to Court regarding incorrect filing and compliance with local rules regarding local counsel based on MPW's inclusion as counsel. | 0.4 | $225.00 | $90.00 |
| 1/31/2021 | KLK | Review e-mail correspondence from Opposing Counsel regarding court's erroneous action to strike Motion to Dismiss based on misunderstanding of location of counsel and consider response and next steps regarding same. | 0.3 | $225.00 | $67.50 |
| 2/1/2021 | KLK | Initiate discussions with court clerk regarding correction of record and deadline to file response. | 0.5 | $225.00 | $112.50 |
| 2/2/2021 | KLK | Receive and review court order regarding court error to strike and new response and reply deadlines. | 0.2 | $225.00 | $45.00 |
| 2/2/2021 | KLK | Receive, review, and begin to analyze Plaintiff's response in opposition to Defendant's Motion to Dismiss. | 0.5 | $225.00 | $112.50 |
| 2/5/2021 | KLK | Review and analyze Bell v. Oakland Community Pools Project for use in settlement discussions in instant suit. | 0.5 | $225.00 | $112.50 |

March 09, 2021
Client: 07570
Matter: 000129
Invoice #: 605239

Page: 2

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/7/2021 | KLK | Begin to prepare Defendant's Reply to Plaintiff's Response in opposition to its Motion to Dismiss. | 2.9 | $225.00 | $652.50 |
| 2/7/2021 | KLK | Receive and review Court Order regarding Scheduling Conference and required in-person Rule 26(f) conferences and consider strategy related to same in light of pandemic. | 0.4 | $225.00 | $90.00 |
| 2/8/2021 | KLK | Continue to prepare Defendant's Reply to Plaintiff's Response in opposition to its Motion to Dismiss, including review of cases cited by Plaintiff. | 2.8 | $225.00 | $630.00 |
| 2/8/2021 | KLK | Review and analyze case strategy and consider next steps for same. | 0.4 | $225.00 | $90.00 |
| 2/8/2021 | KLK | Prepare e-mail to PCAT Claims Representative, ▓▓▓▓, regarding ▓▓▓▓▓▓▓▓▓▓. | 0.3 | $225.00 | $67.50 |
| 2/8/2021 | KLK | Revise and finalize Defendant's Reply to Plaintiff's Response to its Motion to Dismiss. | 1.1 | $225.00 | $247.50 |
| 2/8/2021 | MPW | Plan and prepare for the Rule 26(f) conference with Opposing Counsel. | 0.5 | $205.00 | $102.50 |
| 2/8/2021 | MPW | Review the Court's Order regarding a Rule 26(f) conference. | 0.2 | $205.00 | $41.00 |
| 2/8/2021 | MPW | Prepare and send e-mail correspondence to Opposing Counsel regarding the Rule 26(f) conference. | 0.1 | $205.00 | $20.50 |
| 2/9/2021 | KLK | Exchange e-mail with Director of Communications regarding ▓▓▓▓▓▓▓▓▓▓. | 0.2 | $225.00 | $45.00 |
| 2/9/2021 | KLK | Telephone conference with MPW and PCAT Claims Representative, ▓▓▓▓, regarding ▓▓▓▓▓▓▓▓▓▓. | 0.4 | $225.00 | $90.00 |
| 2/9/2021 | MPW | Prepare and send e-mail correspondence to Opposing Counsel regarding the Rule 26(f) conference. | 0.1 | $205.00 | $20.50 |
| 2/9/2021 | MPW | Telephone conference with the Claims Representative and KLK regarding ▓▓▓▓▓▓▓▓▓▓. | 0.4 | $205.00 | $82.00 |
| 2/14/2021 | KLK | Prepare, revise and edit Joint Motion for Leave to Meet Via Videoconference or in the Alternative to Extend Deadline for Meeting and Rule 26(f) Report, including proposed order regarding same. | 0.5 | $225.00 | $112.50 |
| 2/14/2021 | MPW | Prepare and send e-mail correspondence to Opposing Counsel regarding the Rule 26(f) conference. | 0.1 | $205.00 | $20.50 |

12

March 09, 2021
Client: 07570
Matter: 000129
Invoice #: 605239

Page: 3

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/15/2021 | KLK | Exchange e-mails with Opposing Counsel regarding joint motion to meet in person or in the alternative to extend deadlines. | 0.2 | $225.00 | $45.00 |
| 2/15/2021 | KLK | Prepare e-mail update to PCAT Claims Representative, ▓▓▓, regarding ▓▓▓. | 0.3 | $225.00 | $67.50 |
| 2/15/2021 | KLK | Exchange e-mail correspondence with Opposing Counsel regarding revisions to Motion for Leave or to extend related to power outages and possible additional time to meet by videoconference. | 0.2 | $225.00 | $45.00 |
| 2/15/2021 | KLK | Revise and edit Joint Motion for Leave to Meet Via Videoconference or in the Alternative to Extend Deadline for Meeting and Rule 26(f) Report, including proposed order regarding same. | 0.2 | $225.00 | $45.00 |
| | | **Total Professional Services** | **14.1** | | **$3,144.50** |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KLK | Kelley Kalchthaler | SHAREHOLDER | 12.7 | $225.00 | $2,857.50 |
| MPW | Meredith Prykryl Walker | SHAREHOLDER | 1.4 | $205.00 | $287.00 |

| | |
|---|---|
| Total Services | $3,144.50 |
| Total Current Charges | $3,144.50 |
| Previous Balance | $3,430.00 |
| *Payments received* | ($3,430.00) |
| **PAY THIS AMOUNT** | **$3,144.50** |

PAYMENT DUE UPON RECEIPT

Please note that as of April 1, 2021, our name has changed as listed below; by separate email, you will receive an updated W-9.

Please reference the invoice number with your payment and make checks payable to:

**Walsh Gallegos Treviño Kyle & Robinson P.C.**

Please contact the Billing Department at (512) 454-6864 if you have any questions regarding your statement.



P.O. Box 2156  Austin, Texas 78768  (512)454-6864  Fax (512)467-9318
Federal Tax ID No.: 74-2279224

*Draft Copy*

Edwards Risk Management Fund  April 02, 2021
1004 Marble Heights Drive  Client:           07570
Marble Falls, Texas 78654  Matter:           000129
**Attention:  Larry Harper, Property & Casualty Director**  Invoice #:              0

Page:              1

RE:  Keith F. Bell v. Eagle Mountain Saginaw ISD (Fed.)
Edwards Claim No. 220918-13901
Insured:  Eagle Mt. - Saginaw ISD
Claimant: Keith F. Bell

For Professional Services Rendered Through April 02, 2021

**SERVICES**

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/17/2021 | MPW | Review the Court's Order granting the parties' request to extend the Rule 26(f) conference. | 0.1 | $205.00 | $20.50 |
| 2/18/2021 | MPW | Prepare and send e-mail correspondence to Opposing Counsel regarding the Rule 26(f) conference. | 0.1 | $205.00 | $20.50 |
| 2/19/2021 | KLK | Review status for Board meeting ▮▮▮▮▮▮▮▮▮▮ | 0.4 | $225.00 | $90.00 |
| 2/22/2021 | KLK | Prepare e-mail to Superintendent regarding ▮▮▮▮ | 0.2 | $225.00 | $45.00 |
| 2/22/2021 | MPW | Prepare and send e-mail correspondence to Opposing Counsel regarding the Rule 26(f) conference. | 0.1 | $205.00 | $20.50 |
| 2/23/2021 | MPW | Review and respond to e-mail correspondence from Opposing Counsel regarding the 26(f) conference. | 0.1 | $205.00 | $20.50 |
| 2/23/2021 | MPW | Review a draft 26(f) report received from Opposing Counsel. | 0.2 | $205.00 | $41.00 |
| 2/23/2021 | MPW | Plan, prepare for, and attend the 26(f) conference with Opposing Counsel. | 0.8 | $205.00 | $164.00 |
| 2/23/2021 | MPW | [Travel Time Billed at 1/2 Rate] Travel to and from Arlington for the 26(f) conference with Opposing Counsel. | 0.9 | $102.50 | $92.25 |

|  |  |  | April 02, 2021 |
|---|---|---|---|
|  |  | Client: | 07570 |
|  |  | Matter: | 000129 |
|  |  | Invoice #: | 0 |

*Draft Copy*

Page: 2

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/24/2021 | KLK | Revise and edit Joint Status Report on Rule 26(f) conference. | 0.8 | $225.00 | $180.00 |
| 2/24/2021 | KLK | Review update on Rule 269(f) conference. | 0.3 | $225.00 | $67.50 |
| 2/24/2021 | KLK | Receive and review offer of settlement from Opposing Counsel and consider strategy related to same. | 0.3 | $225.00 | $67.50 |
| 2/24/2021 | MPW | Review and respond to e-mail correspondence from Opposing Counsel regarding a settlement offer. | 0.1 | $205.00 | $20.50 |
| 2/26/2021 | KLK | Continue to revise and edit Joint Status Report based on the R26(f) conference. | 0.4 | $225.00 | $90.00 |
| 2/26/2021 | KLK | Prepare e-mail to Opposing Counsel regarding Joint Status Report based on the Rule 26(f) conference and finalizing same. | 0.2 | $225.00 | $45.00 |
| 2/26/2021 | MPW | Assist with revising the Rule 26(f) report received from Opposing Counsel. | 0.2 | $205.00 | $41.00 |
| 3/2/2021 | KLK | Initiate preparation of Initial Disclosures, including draft of persons with knowledge list. | 0.5 | $225.00 | $112.50 |
| 3/2/2021 | KLK | Follow-up with Opposing Counsel regarding joint status report and finalizing same. | 0.1 | $225.00 | $22.50 |
| 3/2/2021 | EJG | Review Petitioner's original complaint in order to prepare initial disclosures. | 0.4 | $95.00 | $38.00 |
| 3/3/2021 | KLK | Exchange e-mail correspondence with Opposing Counsel regarding revisions to Joint Status Report. | 0.3 | $225.00 | $67.50 |
| 3/3/2021 | KLK | Revise and edit draft of Joint Status Report and finalize same, including review of proper submission and notice regarding filing of same. | 0.4 | $225.00 | $90.00 |
| 3/3/2021 | KLK | Prepare e-mail update to PCAT Claims Representative, ▓▓▓▓▓, regarding ▓▓▓▓▓▓▓▓▓▓. | 0.2 | $225.00 | $45.00 |
| 3/3/2021 | EJG | Review file pleadings and reports in preparation for initial disclosures. | 0.7 | $95.00 | $66.50 |
| 3/3/2021 | EJG | Internet research for prospective District witness information for initial disclosures and list same for exhibit to disclosures. | 0.7 | $95.00 | $66.50 |
| 3/4/2021 | EJG | Finalize draft disclosures and witness list and e-mail same to attorney for review. | 1.2 | $95.00 | $114.00 |
| 3/8/2021 | KLK | Exchange e-mail correspondence with ▓ ▓▓▓▓, Executive Assistant to Superintendent and Secretary to Board of Trustees, regarding ▓▓▓▓▓▓▓▓▓▓▓. | 0.2 | $225.00 | $45.00 |

15

|  |  |
|---|---|
| April 02, 2021 | |
| Client: | 07570 |
| Matter: | 000129 |
| Invoice #: | 0 |
| Page: | 3 |

*Draft Copy*

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2021 | KLK | Exchange e-mail with Superintendent regarding ▮▮▮ | 0.2 | $225.00 | $45.00 |
| 3/8/2021 | KLK | Videoconference with Superintendent, ▮▮▮, and ▮▮▮ regarding ▮▮▮ | 0.3 | $225.00 | $67.50 |
| 3/10/2021 | KLK | Follow-up with PCAT Claims Representative, ▮. ▮▮▮, regarding ▮▮▮ | 0.2 | $225.00 | $45.00 |
| 3/10/2021 | MPW | Attend Zoom conference with KLK and the Superintendent regarding ▮▮▮ | 0.3 | $205.00 | $61.50 |
| 3/10/2021 | MPW | Plan and prepare strategy for presenting the ▮▮▮ | 0.2 | $205.00 | $41.00 |
| 3/16/2021 | KLK | Prepare, revise and finalize counteroffer of settlement. | 0.3 | $205.00 | $61.50 |
| 3/23/2021 | KLK | Exchange email with Executive Assistant to Superintendent/Secretary to the Board of Trustees regarding ▮▮▮ | 0.2 | $205.00 | $41.00 |
| 3/23/2021 | KLK | Exchange email with Opposing Counsel regarding settlement counteroffer. | 0.2 | $205.00 | $41.00 |
| 3/24/2021 | KLK | Exchange email with PCAT Claims Representative, ▮▮▮, regarding ▮▮▮. | 0.3 | $205.00 | $61.50 |
| 3/26/2021 | KLK | Receive and review order dismissing case and consider next steps. | 0.2 | $205.00 | $41.00 |
| 3/26/2021 | KLK | Exchange email with Opposing Counsel regarding withdrawal of settlement offer. | 0.1 | $205.00 | $20.50 |
| 3/26/2021 | KLK | Prepare ▮▮▮ to PCAT Claims Representative, ▮▮▮. | 0.2 | $205.00 | $41.00 |
| 3/26/2021 | KLK | Prepare ▮▮▮ to Superintendent regarding ▮▮▮ | 0.2 | $205.00 | $41.00 |
| 3/26/2021 | MPW | Review the Court's Order dismissing Plaintiff's claims. | 0.2 | $225.00 | $45.00 |
| 3/29/2021 | KLK | Begin to prepare motion for attorneys fees. | 0.4 | $205.00 | $82.00 |
| 3/30/2021 | KLK | Initiate preparation of affidavits regarding attorneys fees. | 0.3 | $205.00 | $61.50 |
| 3/31/2021 | KLK | Continue to prepare motion seeking attorneys fees. | 0.3 | $205.00 | $61.50 |

16

Apr 02, 2021
Client: 07570
Matter: 000129
Invoice #: 0

Page: 4

*Draft Copy*

## SERVICES

| Date | Person | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Total Professional Services | 14.0 | | $2,551.75 |

## PERSON RECAP

| Person | | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|
| KLK | Kelley Kalchthaler | SHAREHOLDER | 2.7 | $205.00 | $553.50 |
| KLK | Kelley Kalchthaler | SHAREHOLDER | 5.0 | $225.00 | $1,125.00 |
| MPW | Meredith Prykryl Walker | SHAREHOLDER | 0.2 | $225.00 | $45.00 |
| MPW | Meredith Prykryl Walker | SHAREHOLDER | 2.2 | $205.00 | $451.00 |
| MPW | Meredith Prykryl Walker | SHAREHOLDER | 0.9 | $102.50 | $92.25 |
| EJG | Evelyn J. Garnett | PARALEGAL | 3.0 | $95.00 | $285.00 |

## DISBURSEMENTS

| Date | Description of Disbursements | Amount |
|---|---|---|
| 2/23/2021 | MEREDITH WALKER- Mileage (at .56/mile)- (27 @ $0.56) | $15.12 |
| | Total Disbursements | $15.12 |

| | |
|---|---|
| Total Services | $2,551.75 |
| Total Disbursements | $15.12 |
| Total Current Charges | $2,566.87 |
| Previous Balance | $3,144.50 |
| *Payments received* | *($3,144.50)* |
| **PAY THIS AMOUNT** | **$2,566.87** |

**PAYMENT DUE UPON RECEIPT**

Please note that as of April 1, 2021, our name has changed as listed below; by separate email, you will receive an updated W-9.

Please reference the invoice number with your payment and make checks payable to:

**Walsh Gallegos Treviño Kyle & Robinson P.C.**

Please contact the Billing Department at (512) 454-6864 if you have any questions regarding your statement.