IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DR. KEITH BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-001157-P |
| | § | |
| EAGLE MOUNTAIN SAGINAW INDEPENDENT SCHOOL DISTRICT, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Motion for Attorney's Fees. ECF No. 20. In its Motion, Defendant seeks $10,716.37 in attorneys' fees and litigation costs incurred defending against Plaintiff's copyright infringement claims. *Id*. The Court received Plaintiff's response and finds its objections to the requested amount to be without merit. ECF No. 22. The Court believes that an award of $10,266.37 in attorneys' fees and costs is reasonable and appropriate and hereby **ORDERS** that said amount be awarded against Plaintiff. Per the Court's March 26, 2021 Order (ECF No. 19), this award shall be collected solely from Plaintiff, not Plaintiff's counsel.

**SO ORDERED** on this **12th day** of **April, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE