IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DR. KEITH BELL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:20-cv-01157-P |
| EAGLE MOUNTAIN SAGINAW INDEPENDENT SCHOOL DISTRICT, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 19):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with PREJUDICE**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **12th day** of **April, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE