AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✔ ACTION   APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court |
| DOCKET NO.   DATE FILED | Northern District of Texas (Fort Worth) |
| 4:20-cv-01157-P   10/22/20 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Dr. Keith Bell | Eagle Mountain Saginaw Independent School District |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | TX-0002-6726-44 | "Winning Isn't Normal" book (Sept., 1989) | Dr. Bell |
| 2 | TX-8-503-571 | "Winning Isn't Normal" phrase (Nov. 2017) | Dr. Bell |
| 3 | See Exhibit A-E | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | Amendment   Answer   Cross Bill   Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ✔ Order   ✔ Judgment | ✔ Yes   No | 04/12/2021 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Karen Mitchell | s/P. Fisher | 04/12/2021 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy