UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| **KEITH BELL,** | § | |
|   *Plaintiff,* | § | |
| | § | |
| *v.* | § | Civil Action No. 4:20-cv-1157-P |
| | § | |
| **EAGLE MOUNTAIN SAGINAW** | § | |
| **INDEPENDENT SCHOOL** | § | |
| **DISTRICT** | | |
|   *Defendant.* | | |

## NOTICE OF APPEAL

Plaintiff Eugene Jalon Robinson files this Notice of Appeal in accordance with 28 U.S. Code § 1291 and Fed. R. App. P. 4(a)(1)(A)., desiring to alter the judgment rendered in the trial court's April 12, 2021 *Final Judgment and Order Granting Motion to Dismiss* in the above-numbered and styled case. (Exhibit A, attached.)

This appeal is being taken to the Fifth Court of Appeals in Dallas.

Plaintiff files the appropriate filing fees with this notice.

           Respectfully submitted,

           Norred Law, PLLC
           By:/s/Warren V. Norred
           Warren V. Norred, Texas Bar No. 24045094
           wnorred@norredlaw.com
           515 E. Border St., Arlington, Texas 76010
           P. 817-704-3984 F. 817-524-6686
           Attorneys for Plaintiff

**CERTIFICATE OF SERVICE -** I, Warren V. Norred, hereby certify that the foregoing Notice of Appeal has been sent to all parties via efile on May 12, 2021:
           /s/*Warren v. Norred*
           Warren V. Norred