UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| KEITH BELL,<br>  *Plaintiff,* | §<br>§<br>§ | |
| *v.* | §<br>§ | Civil Action No. 4:20-cv-1157-P |
| EAGLE MOUNTAIN SAGINAW<br>INDEPENDENT SCHOOL<br>DISTRICT<br>  *Defendant.* | §<br>§<br>§ | |

## AMENDED NOTICE OF APPEAL

Plaintiff Keith Bell files this Notice of Appeal in accordance with 28 U.S. Code § 1291 and Fed. R. App. P. 4(a)(1)(A)., desiring to alter the judgment rendered in the trial court's April 12, 2021 *Final Judgment and Order Granting Motion to Dismiss* in the above-numbered and styled case. (Exhibit A, attached.)

This appeal is being taken to the Fifth Circuit Court of Appeals in Dallas.

Plaintiff files the appropriate filing fees with this notice.

Respectfully submitted,

Norred Law, PLLC
By:/s/Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094
wnorred@norredlaw.com
515 E. Border St., Arlington, Texas 76010
P. 817-704-3984 F. 817-524-6686
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE -** I, Warren V. Norred, hereby certify that the foregoing Notice of Appeal has been sent to all parties via efile on May 14, 2021:
/s/*Warren v. Norred*
Warren V. Norred