UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | | |
|---|---|---|
| KEITH BELL, § | | |
|   *Plaintiff,* § | | |
| § | | |
| *v.* § | Civil Action No. 4:20-cv-1157-P | |
| § | | |
| EAGLE MOUNTAIN SAGINAW § | | |
| INDEPENDENT SCHOOL § | | |
| DISTRICT § | | |
|   *Defendant.* | | |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW Plaintiff Dr. Keith Bell files his unopposed Motion for Withdrawal of Counsel and would show the Court that he has requested the undersigned withdraw as counsel of record.

    Respectfully submitted,

    Norred Law, PLLC
    By:/s/Warren V. Norred
    Warren V. Norred, Texas Bar No. 24045094
    wnorred@norredlaw.com
    515 E. Border St., Arlington, Texas 76010
    P. 817-704-3984 F. 817-524-6686
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE -** I, Warren V. Norred, hereby certify that the foregoing Notice of Appeal has been sent to all parties via efile on June 15, 2021:
    /s/*Warren v. Norred*
    Warren V. Norred

**CERTIFICATE OF CONFERENCE -** I, Warren V. Norred, hereby certify that I conferenced on June 14, 2021 via email with Kelley Kalchthaler, counsel for Defendant, who did not oppose this motion.
    /s/*Warren v. Norred*
    Warren V. Norred