# United States Court of Appeals
## for the Fifth Circuit

Certified as a true copy and issued
as the mandate on Mar 21, 2022

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
February 25, 2022
Lyle W. Cayce
Clerk

No. 21-10504

DOCTOR KEITH BELL,

*Plaintiff—Appellant,*

versus

EAGLE MOUNTAIN SAGINAW INDEPENDENT SCHOOL DISTRICT,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-1157-P

_____

Before KING, COSTA, and WILLETT, *Circuit Judges.*

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.