# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 21, 2022

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 21-10504    Bell v. Eagle Mountain Saginaw
                       USDC No. 4:20-CV-1157-P

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Casey A. Sullivan, Deputy Clerk
                       504-310-7642

cc:
    Ms. Kelley Lynn Kalchthaler
    Mr. Adam Mandell
    Mr. John Robert Skrabanek
    Ms. Meredith Prykryl Walker